UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                         Criminal No. 12-cr-92-01-JD

<u>Wayne Willey</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 8) filed by defendant is granted; Trial is continued to the two-week period beginning Wednesday, November 14, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                            <u>/s/Joseph A. DiClerico, Jr.</u>
                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

Date: September 6, 2012

cc: Jeffrey Levin, Esq.
    Terry Ollila, Esq.
    U.S. Marshal
    U.S. Probation