UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

Criminal No. 12-cr-92-01-JD

v.

Wayne Willey

O R D E R

The assented to motion to reschedule jury trial (document no. 25) filed by defendant is granted; Trial is continued to the two-week period beginning September 17, 2013, 9:30 AM.

Defendant has already filed a waiver of speedy trial rights, Document 27. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

/s/ Joseph A. DiClerico, Jr.
Joseph A. DiClerico, Jr.
United States District Judge

Date: July 15, 2013

cc: Jeffrey Levin, Esq.
    Terry Ollila, Esq.
    U.S. Marshal
    U.S. Probation